# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANK P. BIRCH, JR., | Case No. 2:20-cv-01776-GMN-DJA |
| Plaintiff, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Defendant. | |

This matter has been referred to the Court for the limited purpose of determining whether Plaintiff's *in forma pauperis* status should continue on appeal. (ECF No. 11). This Court certifies that Plaintiff's appeal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (stating in pertinent part that revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous).

DATED THIS   8   Day of   July   2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE